FILED

11/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0369

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. 20-0369

| | |
|---|---|
| GORDON WILLIAMS, GALE MADLER, TIMOTHY RUSSELL, JOYCE KELLEY, and SAM BLAYLOCK, *Plaintiffs/Appellants,* <br><br> vs. <br><br> STILLWATER BOARD OF COUNTY COMMISSIONERS, <br><br> *Defendant/Appellee* | DA 20-0369 <br><br> **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Pursuant to Appellate Rule 26, Plaintiffs/Appellants filed an unopposed Motion to extend the deadline for their Opening Brief. Pursuant to the Motion, and for good cause being shown,

IT IS HEREBY ORDERED that Plaintiffs/Appellants Opening Brief is now due December 21, 2020.

DATED AND ELECTRONICALLY SIGNED BELOW

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 5 2020